IN THE COURT OF CRIMINAL APPEALS


OF TEXAS








NOS. PD-0800/0801/0802/


 0803/0804/0805/0806/0807/

 0808/0809/0810/0811-13




PEDRO DOMINGUEZ, Appellant



v.



THE STATE OF TEXAS






ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

FROM THE SECOND COURT OF APPEALS

TARRANT COUNTY



 

 Per curiam. Keasler and Hervey, JJ., dissent.


ORDER


 The petition for discretionary review violates Rule of Appellate Procedure 68.4(i),
because it does not contain a complete copy (missing concurring opinion) of the opinion of the
court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed in
the Court of Criminal Appeals within thirty days after the date of this order.

Filed: October 30, 2013

Do Not Publish